MAX RADT v. GREELEY SQUARE HOTEL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of ZEREGA AVENUE.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of JOHANNES D. E. M. DE RIDDER.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

SAMUEL JOSEPH, Respondent, v. HARRY JOSEPH and Others, Appellants.— Appeal dismissed, without costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of J. B. GREENHUT & COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

FEDERAL TRUST COMPANY, Respondent, v. THOMAS CARBERRY and Another, Impleaded with PATRICK RYAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

FORBES AND COMPANY, INC., Respondent, v. EMERSON BUILDING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

EMILY SCHWAB, an Infant, by EDWIN H. SCHWAB, Her Guardian ad Litem, Respondent, v. BRADLEY CONTRACTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

EVERETT P. HERVEY and Others, Copartners, etc., Respondents, v. EDWARD J. TILYOU, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MORRIS RUBINSTEIN and Others, Heretofore Copartners, etc., Appellants, v. ABRAHAM WERBELOVSKY and Others, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ISAAC D. COHN, Respondent, v. HOWLETT AND HOCKMEYER CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

VIRGINIA KENDALL, Appellant, v. FREDERICK SCHNAUFER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ELSIE ERPF-LEFKOVICS BLUM, Appellant, v. RICHARD BLUM, Respondent. — Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

AUGUSTA LANDES, Respondent, v. LEONARD LANDES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott and Davis, JJ.

JOHN MULDOON, Respondent, v. WILLIAM P. SEAVER and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.